IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EINSTEIN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-347 |
| CARRASQUILLO, ET AL. | : | |

**O R D E R**

**AND NOW**, this 10th day of December 2021, upon consideration of Defendants' Motion for Partial Dismissal of Plaintiff's Complaint (ECF No. 5) and Plaintiff's Opposition thereto (ECF No. 9), it is **ORDERED** that the Motion is **GRANTED** without prejudice. Plaintiff may file an Amended Complaint within fifteen (15) days of the date hereof.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**